

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Dulcidio Fernandes
David G. Beslow, Esq. #DGB-5300

Order Filed on May 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**DULCIDIO VARINHO FERNANDES,**

Debtor

Case No. 23-20495-JKS

Chapter: 13

Hearing Date: March 14, 2024
at 10:00 a.m.

Hon. John K. Sherwood

## OMNIBUS ORDER EXPUNGING CLAIMS OF UNSECURED CREDITORS AS BEING EITHER (i) BARRED BY STATUTE OF LIMITATIONS OR (ii) PROVIDING INADEQUATE DOCUMENTATION

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

DATED: May 19, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

Page:       2
Debtor(s):  Dulcidio Varinho Fernandes
Case No.:   23-20495-JKS Chapter 13
Caption:    Omnibus Order Expunging (i) Claims of Unsecured Creditors as Being (i) Barred by the Statute of Limitations, or (ii) Providing Inadequate Documentation

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that Claim No. 5 filed by or on behalf of Quantum3 Group LLC as agent for Credit Corp Solutions Inc is hereby expunged; and it is further

**ORDERED**, that Claim No. 6 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 8 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 9 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 10 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 12 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 13 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 14 filed by or on behalf of CACH, LLC is hereby expunged; and it is further

| | |
|---|---|
| Page: | 3 |
| Debtor(s): | **Dulcidio Varinho Fernandes** |
| Case No.: | **23-20495-JKS Chapter 13** |
| Caption: | **Omnibus Order Expunging (i) Claims of Unsecured Creditors as Being (i) Barred by the Statute of Limitations, or (ii) Providing Inadequate Documentation** |

**ORDERED**, that Claim No. 15 filed by or on behalf of PYOD, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 16 filed by or on behalf of Quantum3 Group LLC as agent for CKS Prime Investments LLC is hereby expunged; and it is further

**ORDERED,** that the Trustee in Bankruptcy shall make the appropriate changes to her records to reflect the expungement of the above-referenced claims.