

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s), Dulcidio Fernandes
David G. Beslow, Esq. #DGB-5300

Order Filed on May 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**DULCIDIO VARINHO FERNANDES,**

Debtor

Case No. 23-20495-JKS

Chapter: 13

Hearing Date: March 14, 2024
                at 10:00 a.m.

Hon. John K. Sherwood

**OMNIBUS ORDER EXPUNGING CLAIMS OF UNSECURED CREDITORS AS BEING EITHER (i) BARRED BY STATUTE OF LIMITATIONS OR (ii) PROVIDING INADEQUATE DOCUMENTATION**

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

DATED: May 19, 2024

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Dulcidio Varinho Fernandes
Case No.:    23-20495-JKS Chapter 13
Caption:     Omnibus Order Expunging (i) Claims of Unsecured Creditors as Being (i) Barred by the Statute of Limitations, or (ii) Providing Inadequate Documentation

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that Claim No. 5 filed by or on behalf of Quantum3 Group LLC as agent for Credit Corp Solutions Inc is hereby expunged; and it is further

**ORDERED**, that Claim No. 6 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 8 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 9 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 10 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 12 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 13 filed by or on behalf of Ashley Funding Services, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 14 filed by or on behalf of CACH, LLC is hereby expunged; and it is further

| | |
|---|---|
| **Page:** | 3 |
| **Debtor(s):** | Dulcidio Varinho Fernandes |
| **Case No.:** | 23-20495-JKS Chapter 13 |
| **Caption:** | Omnibus Order Expunging (i) Claims of Unsecured Creditors as Being (i) Barred by the Statute of Limitations, or (ii) Providing Inadequate Documentation |

---

**ORDERED**, that Claim No. 15 filed by or on behalf of PYOD, LLC is hereby expunged; and it is further

**ORDERED**, that Claim No. 16 filed by or on behalf of Quantum3 Group LLC as agent for CKS Prime Investments LLC is hereby expunged; and it is further

**ORDERED,** that the Trustee in Bankruptcy shall make the appropriate changes to her records to reflect the expungement of the above-referenced claims.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 23-20495-JKS
Dulcidio Varinho Fernandes                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: May 20, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dulcidio Varinho Fernandes, 160 Tappan Street, Kearny, NJ 07032-3317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Dulcidio Varinho Fernandes yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK rfay@alaw.net bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: May 20, 2024                    Form ID: pdf903                                Total Noticed: 1
TOTAL: 5