**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

DULCIDIO VARINHO FERNANDES

**Order Filed on June 27, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  23-20495 JKS**

**Hearing Date:  6/27/2024**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 27, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DULCIDIO VARINHO FERNANDES

Case No.: 23-20495

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/27/2024 on notice to GOLDMAN &

BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 7/8/2024 or the case will be dismissed; and it is

  further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-20495-JKS

Dulcidio Varinho Fernandes                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

**Recip ID**              **Recipient Name and Address**
db                   +  Dulcidio Varinho Fernandes, 160 Tappan Street, Kearny, NJ 07032-3317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

David G. Beslow
                              on behalf of Debtor Dulcidio Varinho Fernandes yrodriguez@goldmanlaw.org
                              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldm
                              anlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
                              on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK dcarlon@kmllawgroup.com
                              bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                              magecf@magtrustee.com

Roger Fay
                              on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK rfay@alaw.net
                              bkecf@milsteadlaw.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 27, 2024                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 5